```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 15116
  LEE B. NELSON
  DAWN M NELSON                                 CHAPTER 13

                                                JUDGE: MANUEL BARBOSA

         Debtor
    SSN XXX-XX-5719    SSN XXX-XX-1672
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

   Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 08/21/07 and confirmed on 11/06/07.

   2.  The case was dismissed after confirmation, 10/09/2008.

   3.  The Debtor paid a total of $ 11462.00 .

   4.  The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| COUNTRYWIDE FINANCIAL | CURRENT MORTG | .00 | .00 | .00 |
| COUNTRYWIDE FINANCIAL | MORTGAGE ARRE | 23912.13 | .00 | .00 |
| GMAC PAYMENT CENTER | SECURED VEHIC | 7625.00 | 589.29 | 3966.02 |
| MARQUETTE CONSUMER FINAN | SECURED VEHIC | 7451.81 | 570.37 | 4001.95 |
| AMERICAN GENERAL FINANCE | UNSECURED | NOT FILED | .00 | .00 |
| ASPEN-S GOLD MASTERCARD | UNSECURED | 859.06 | .00 | .00 |
| KCA FINANCIAL SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 809.39 | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 847.49 | .00 | .00 |
| COTTONWOOD FINANCIAL LTD | UNSECURED | 1757.51 | .00 | .00 |
| CASH STORE | UNSECURED | NOT FILED | .00 | .00 |
| CHECK PROCESSING BUREAU | UNSECURED | NOT FILED | .00 | .00 |
| COMED | UNSECURED | NOT FILED | .00 | .00 |
| COMPUTER FINANCE | UNSECURED | NOT FILED | .00 | .00 |
| CONSECO FINANCE | UNSECURED | NOT FILED | .00 | .00 |
| TRANSWORLD SYSTEMS INC | UNSECURED | NOT FILED | .00 | .00 |
| DELNOR COMMUNITY HOSPITA | UNSECURED | NOT FILED | .00 | .00 |
| ASSET ACCEPTANCE CORP | UNSECURED | 1013.97 | .00 | .00 |
| FOX VALLEY ORTHOPEDIC AS | UNSECURED | NOT FILED | .00 | .00 |
| MEIJER | UNSECURED | NOT FILED | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| ROUNDUP FUNDING LLC | UNSECURED | 995.97 | .00 | .00 |
| PROVENA ST JOSEPH MEDICA | UNSECURED | NOT FILED | .00 | .00 |
| ASSET ACCEPTANCE CORP | UNSECURED | 447.21 | .00 | .00 |
| SOUTH ELGIN CHIROPRACTIC | UNSECURED | NOT FILED | .00 | .00 |
| SPIEGEL | UNSECURED | NOT FILED | .00 | .00 |
| STRATFORD ORTHOPEDICS & | UNSECURED | NOT FILED | .00 | .00 |
| VALLEY EMERGENCY CARE | UNSECURED | 193.70 | .00 | .00 |

```
JAMES M PHILBRICK         ADMINISTRATIV     500.00           .00       500.00
GMAC PAYMENT CENTER       UNSECURED        3672.84           .00          .00
CAPITAL ONE BANK          UNSECURED - C       .00            .00          .00
CAPITAL ONE BANK          UNSECURED        2083.45           .00          .00
B REAL LLC                UNSECURED        2323.47           .00          .00
IL DEPT OF EMPLOYMENT SE  UNSECURED        4311.00           .00          .00
        Summary of disbursements:
---------------------------------------------------------------------------
                        SECURED    PRIORITY   UNSECURED     OTHER       TOTAL
---------------------------------------------------------------------------
TOTAL CLMS ALLOWED     38988.94      500.00    19315.06       .00    58804.00
PRINCIPAL PAID          7967.97      500.00        .00        .00     8467.97
INTEREST PAID           1159.66         .00        .00        .00     1159.66
TOTAL PAID              9127.63      500.00        .00        .00     9627.63
```

The Debtor's attorney, SPRINGER BROWN COVEY GAERTNER , was allowed $   3500.00
and was paid $   2000.00   direct and $   1212.84   through the plan.

The Trustee received $    621.53 .

Refunds to the Debtor totaled $       .00 .

    Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


    Dated: 01/20/09                    /S/
                                    GLENN STEARNS
                                    CHAPTER 13 TRUSTEE




                            PAGE   2
        CASE NO. 07 B 15116 LEE B. NELSON & DAWN M NELSON